UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAGANJOT MANN,

        Plaintiff,

vs.

ANDREW SAUL,
Commissioner of Social Security,

        Defendant.

Case No.:  1:19-cv-01630-BAM

**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

(Doc. No.17)

Based upon the parties' Stipulation for the Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), filed on December 17, 2020 (Doc. No. 17):

IT IS HEREBY ORDERED that attorney fees in the amount of TWO-THOUSAND ONE-HUNDRED FIVE dollars and FIFTY-SEVEN cents ($2,105.57) be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  __**December 18, 2020**__          _____/s/ *Barbara A. McAuliffe*_____

UNITED STATES MAGISTRATE JUDGE

1